IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–30–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JASON CHARLES ALLEN, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 43.) Defendant Jason Charles Allen has been adjudged guilty of conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 846, and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 2, as charged in Counts I and II the Indictment. (Doc. 42.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1), (2), and 881(a)(11).

Accordingly, IT IS ORDERED the motion (Doc. 43) is GRANTED.

IT IS FURTHER ORDERED that Allen's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1), (2), and 881(a)(11):

- Panther Arms .308 semi-auto assault rifle, with 2 high-capacity magazines and 1 regular magazine, scope, light, strap and miscellaneous

1

gun pieces;

- Glock 9mm pistol;

- Taurus 9mm pistol;

- Winchester 30 WCF caliber rifle;

- Remington 7mm rifle;

- Two Colt Derringers;

- Approximately 3200 rounds of ammo (in ammo cans/packaged/loose - assorted calibers);

- $7,740.18 U.S. Currency;

- Samsung cell phone;

- Digital tablet;

- Receipts - cash deposits to debit card;

- PayPal debit card; and

- Pistol holster.

IT IS FURTHER ORDERED that the FBI, United States Marshals Service, or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov)

for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 26th day of October, 2022.

_____
Dana L. Christensen, District Judge
United States District Court