IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–30–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JASON CHARLES ALLEN, | |
| Defendant. | |

   Before the Court is the United States' motion for final order of forfeiture. (Doc. 53.) Having reviewed said motion, the Court finds:

   1.  The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1), (2), and 881(a)(11).

   2.  A Preliminary Order of Forfeiture was entered on October 26, 2022. (Doc. 45.)

   3.  All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 48.)

   4.  It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1), (2), and 881(a)(11).

   5.  A valid Petition for return of the Remington 7mm rifle (identified in the below-listed items of forfeiture) was filed by Sam White on December 27,

2022.  (Doc. 52).  White has been determined to be the rightful owner of the Remington 7mm rifle.  (*See* Doc. 53-1 at 2–3.)

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 53) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States, pursuant to 21 U.S.C. §§ 853(a)(1), (2), and 881(a)(11), free from the claims of any other party:

- Panther Arms .308 semi-auto assault rifle, with 2 high-capacity magazines and 1 regular magazine, scope, light, strap and miscellaneous gun pieces;

- Glock 9mm pistol;

- Taurus 9mm pistol;

- Winchester 30 WCF caliber rifle;

- Remington 7mm rifle;

- Two Colt Derringers;

- Approximately 3200 rounds of ammo (in ammo cans/packaged/loose - assorted calibers);

- $7,740.18 U.S. Currency;

- Samsung cell phone;

- Digital tablet;

- Receipts - cash deposits to debit card;

- PayPal debit card; and

- Pistol holster.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

4. The United States shall return the Remington 7mm rifle to the registered owner, Sam White.

DATED this 12th day of January, 2023.

_____
Dana L. Christensen, District Judge
United States District Court